**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSE ALFREDO RODRIGUEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DELANEY HALL DETENTION CENTER,<br><br>Respondent. | Civil Action No. 26-13253 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is *pro se* Petitioner Jose Alfredo Rodriguez Lopez's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner did not pay the filing fee or submit an application to proceed *in forma pauperis*. Under the Local Rules, an application to proceed in forma pauperis must include an:

> affidavit setting forth information which establishes that the prisoner is unable to pay the fees and costs of the proceedings and shall further submit a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's prison account during the six-month period prior to the date of the certification.

L. Civ. R. 81.2(b). Accordingly,

IT IS, on this 3rd day of November 2026,

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this case for Petitioner's failure to pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; Petitioner is informed that administrative termination is

not a “dismissal” for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed timely, *see Jenkins v. Superintendent of Laurel Highlands*, 705 F.3d 80, 84 n.2 (2013) (describing prisoner mailbox rule generally); *Dasilva v. Sheriff's Dept.*, 413 F. App’x 498, 502 (3rd Cir. 2011) (“[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs ….”); it is further

**ORDERED** that the Clerk of the Court shall send Petitioner a blank form application to proceed *in forma pauperis*–DNJ-Pro Se-007-B-(Rev. 09/09); it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 30 days of the date of entry of this Order; Petitioner’s writing shall include a complete application to proceed *in forma pauperis* or the filing fee; it is further

**ORDERED** that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or the filing fee, the Clerk of the Court will be directed to reopen this case; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

**JULIEN XAVIER NEALS**
**United States District Judge**